IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DELBERT LEWIS,<br><br>Defendant. | 8:21CR42<br><br>ORDER FOR DISMISSAL |

This matter is before the Court on government's Motion for Dismissal (Filing No. 91). The government requests the Court dismiss the Amended Petition for Offender Under Supervision (Filing No. 68) without prejudice as to defendant Delbert Lewis. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion for Dismissal (Filing No. 91) is granted.

2. The Amended Petition for Offender Under Supervision (Filing No. 68) is dismissed without prejudice.

3. The Final Violation of Supervised Release hearing currently scheduled for October 22, 2025 at 3:00 p.m. is cancelled.

Dated this 17th day of October 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge